**Order entered March 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00057-CV

**TRACY ARMSTRONG, Appellant**

**V.**

**BEAULY LLC, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-14-04709-E**

## ORDER

On March 10, 2015, the Court received a "Notice of Bankruptcy Case Filing" reflecting appellant has filed for bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

.

/s/     CRAIG STODDART
JUSTICE